JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL HEALTH AND WELFARE TRUST FUND, TRUSTEES OF THE RIVERSIDE COUNTY EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COMMITTEE, and ADMINISTRATIVE MAINTENANCE FUND,<br><br>                Plaintiffs,<br><br>    v.<br><br>DEAN PHILLIP MURPHY, an individual doing business as "D K M ELECTRIC CO.",<br>                Defendant. | Case No.: EDCV 14-00855 VAP (DTBx)<br><br>ASSIGNED TO THE HONORABLE VIRGINIA A. PHILLIPS<br><br>**[PROPOSED] JUDGMENT** |

This action having been commenced on April 30, 2014, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al., and against defendant, Dean Phillip Murphy, an individual doing business as "D K M Electric Co.", and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Riverside County Electrical Health and Welfare Trust Fund, Trustees of the Riverside County Electrical Education and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Inland Empire Labor Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Committee, and the Administrative Maintenance Fund, shall recover, from Defendant, Dean Phillip Murphy, an individual doing business as "D K M Electric Co.", the principal amount of $8,853.85, together with pre-judgment and post-judgment interest at the rate of 8% per annum accruing from March 15, 2015, until the judgment is paid in full.

DATED:  April 29, 2015        _____
                              UNITED STATES DISTRICT COURT JUDGE